# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ANGEL G. KAZEMINEJAD,

                  Plaintiff,                  20 **CIVIL** 1852 (NSR)(PED)

         -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 23, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings to include a new hearing and decision.

**Dated:** New York, New York
          June 23, 2021

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                           **BY:**     K. Mango
                                                     _____
                                                     **Deputy Clerk**